No. 04-5231. FARROW v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04-5232. WILBURN v. EASTMAN KODAK ET AL. C. A. 2d Cir. Certiorari denied.

No. 04-5234. VASCONCELLOS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04-5235. GALINDO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04-5236. WILKINS v. CALBONE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04-5237. UGOCHUKWU v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04-5238. WEBB v. PENNINGTON COUNTY BOARD OF COMMISSIONERS ET AL. C. A. 8th Cir. Certiorari denied.

No. 04-5240. WHITMORE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04-5241. BARBER v. OFFICE OF INFORMATION AND PRIVACY, DEPARTMENT OF JUSTICE, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 04-5242. RUDAN v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04-5243. SANTOS-ALICEA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04-5244. WAGSTAFF v. PALAKOVICH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04-5245. CALLAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04-5246. KEELING v. SHANNON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FRACKVILLE, ET AL. C. A. 3d Cir. Certiorari denied.